[No. 38236-5-I.    Division One.    March 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM M. HAMBY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01911-5, Gerald L. Knight, J., entered March 11, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Becker, J.

[No. 39416-9-I.    Division One.    March 16, 1998.]

CHARLES N. WHITE, *Appellant*, v. GENERAL RAINIER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-07645-7, Glenna Hall, J., entered July 12, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Becker, JJ.

[No. 40051-7-I.    Division One.    March 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL RYAN MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-06209-1, Anthony P. Wartnik, J., entered December 20, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 15114-0-III.    Division Three.    March 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK A. HOGUE, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-01965-2, Marcus M. Kelly, J., entered July 26, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Sweeney, J.